UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

**ROMPER ROOM, Inc., et al**

    **Plaintiffs,**

  vs.

                                                Case No.    1:14-cv-01217-WCG

**WINMARK CORPORATION**

    **Defendant.**

___

**STIPULATION FOR DISMISSAL**

___

**IT IS HEREBY STIPULATED**, by and between Plaintiffs Romper Room, Inc., Romper Room II, Inc., Tammy Gering and Greg Gering, by their attorneys, Haley Palmersheim, S.C., by Cathleen A. Dettmann, and Defendant Winmark Corporation, by its attorneys, Lindquist & Vennum, LLP, by Attorneys Ansis V. Viksnins and Karla M. Vehrs, that all claims against Defendant and that all counterclaims against Plaintiffs in the above-entitled action be dismissed, with prejudice and without costs to either party.

Dated at Madison, Wisconsin this 12th day of March, 2015.

| **WINMARK CORPORATION** | **ROMPER ROOM, INC., ROMPER ROOM II, INC., TAMMY GERING AND GREG GERING** |
|---|---|
| By: /s/ Ansis V. Viksnins<br>One of Its Attorneys<br>Minnesota Bar No: 196277<br>Karla M. Vehrs<br>Wisconsin State Bar #1089860<br>Lindquist & Vennum, LLP<br>4200 IDS Center, 80 S. 8th Street<br>Minneapolis, MN 55402<br>(612) 371-3249 Telephone<br>(612) 371-3297 Facsimile<br>aviksnins@lindquist.com<br>kvehrs@lindquist.com | /s/ Cathleen A. Dettmann<br>One of Its Attorneys<br>Wisconsin State Bar #1048315<br>Haley Palmersheim, S.C.<br>1424 N. High Point Road, Suite 202<br>Middleton, WI 53562<br>(608) 836-6400 Telephone<br>(608) 836-9697 Facsimile<br>dettmann@hplawoffice.com |